

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00563-CV

Roberto **VILLARREAL**, Ramona Villarreal,
Viola Villarreal Garcia, and Gloria Villarreal Salinas,
Appellants

v.

Javier **RAMIREZ**, as Co-Trustee of the Ramirez Mineral Trust; Sonia Rodriguez, as Co-Trustee of the Ramirez Mineral Trust; Victor M. Ramirez, as Co-Trustee of the Ramirez Mineral Trust; Santiago Ramirez Jr., as Co-Trustee of the Ramirez Mineral Trust; Sonia Rodriguez, Individually and as Heir to the Estate of Blas Garza Jr.; Blas Garza III, Individually and as Heir to the Estate of Blas Garza Jr.; Priscilla Garza Lozano, Individually and as Heir to the Estate of Blas Garza Jr.; All Unknown Heirs of the Estate of Blas Garza Jr.; Sonia Rodriguez, as Co-Executor of the Estate of Blas Garza Jr.; Blas Garza III, Individually as Co-Executor of the Estate of Blas Garza Jr.; Priscilla Garza Lozano, as Co-Executor of the Estate of Blas Garza Jr.; and Javier Ramirez,
Appellees

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 5,937
Honorable José A. López, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, we REVERSE the trial court's June 6, 2022 order granting Appellees' plea to the jurisdiction, and we REMAND this cause.

We tax costs of court for this appeal against Appellees.

SIGNED January 3, 2024.

Patricia O. Alvarez, Justice